IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| William B. Movius, | ) | C/A No.: 1:12-1699-JMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Thaxton Investment Corporation, Southern Finance of South Carolina, Inc., and Southern Management Corporation d/b/a/ Southern Finance, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Defendant filed this action on June 20, 2012. [Entry #1]. Pursuant to the amended scheduling order entered on February 5, 2013, dispositive motions were to be filed by no later than March 13, 2013. [Entry #28]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 15, 2013                    Shiva V. Hodges
Columbia, South Carolina          United States Magistrate Judge